# Exhibit 2



**(210) 202-4030**

| Home | MDs | Conditions | Services | Insurance/Fees | Blog | Locations |

### Stem Cell Therapy



10 Things to Know About Stem Cell Therapy in San Antonio (210) 202-4030

Texas Pain Network    TexasPainNetwork.net   (877) 877-8556

#### What is a Stem Cell Injection?

A stem cell injection is one of the newest treatment options available to patients, and involves the use of the body's own undeveloped cells to heal damaged tissues.

When specialized tissues such as cartilage or

---

Interventional Pain Management

Pain Management Doctors

Auto Accident Treatment

Workers Compensation

### THE 3 SECRETS TO NO PAIN

Request Appointment today and receive FREE the 3 Secrets to NO Pain

**First Name**

**Last Name**

**Email** *

**Phone** *

Live Chat Available
Hello, my name is Michelle, how may I assist you?
Powered by US Lead Network
Start Chat